# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Express mail package bearing tracking identifier<br>EK940925896US, addressed to J. Bardini, 2265 Allenridge<br>Dr., Sevierville, TN 37876, bearing a return address of John<br>Michaels, 6100 Shupe Dr., Citrus Heights, CA 95621 | )<br>)<br>)   Case No. 3:15-MJ-2166<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Eastern____ District of ____Tennessee____ *(identify the person or describe property to be searched and give its location):* Express mail package bearing tracking identifier EK940925896US, addressed to J. Bardini, 2265 Allenridge Dr., Sevierville, TN 37876, bearing a return address of John Michaels, 6100 Shupe Dr., Citrus Heights, CA 95621

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
any and all contraband, fruits of the crime, documents, notes, records, payment, and/or currency and controlled substances related to illegal drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ____21____ U.S.C. § ____841(a)(1)____, and the application is based on these facts:

Please see the Affidavit of U.S. Postal Inspector John Wallace Bowden, which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ John Wallace Bowden*
*Applicant's signature*

USPIS John Wallace Bowden
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-3-15

*/s/ Bruce Guyton*
*Judge's signature*

City and state: Knoxville, Tennessee      H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*